FILED
2013 Sep-23  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| KENNY GREENHILL,          )<br>          )<br>     Plaintiff     )<br>          )<br>vs.          )<br>          )<br>WISE ALLOYS, LLC,          )<br>          )<br>     Defendant     ) | Case No.  3:12-cv-01849-HGD |

## **O R D E R**

On August 23, 2013, the magistrate judge entered his report and recommendation (doc. 25), recommending that the court deny the plaintiff's Motion for an Order Conditionally Certifying Class (doc. 15) in this Fair Labor Standards Act case.  Neither party has filed any objections.

The court has carefully considered the entire record in this case, including the magistrate judge's report and recommendation.  The court hereby ADOPTS the magistrate judge's report.  The court further ACCEPTS the recommendations of the magistrate judge to deny the plaintiff's motion to conditionally certify.

Therefore, the court DENIES the plaintiff's Motion for an Order Conditionally Certifying Class.  (Doc. 15).

DONE and ORDERED this 23rd day of September, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE